## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HINDU AMERICAN FOUNDATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>SUNITA VISWANATH, *et al.*, )<br><br>Defendants. ) | Civil No. 21-cv-01268 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 61, Defendant Prabhudoss's Motion to Dismiss, ECF No. 34; Defendants Viswanath & Rajagopal's Motion to Dismiss, ECF No. 35; Defendant Truschke's Motion to Dismiss, ECF No. 36; and Defendant Ahmed's Motion to Dismiss, ECF No. 37, are granted.

This is a final, appealable order.

Dated:  December 20, 2022

Amit P. Mehta
United States District Court Judge